UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
IN RE: LENNY ALVAREZ
DEBTOR
---------------------------------------------------x

CHAPTER 13
CASE NO. 26-50421

## DEBTOR MOTION TO DISMSISS CHAPTER 13 CASE PURSUANT TO 11 U.S.C. 1307(a)

Lenny Alvarez the Debtor, (hereinafter, "the Debtor"), by his counsel of record Russell Small, hereby respectfully files this Motion To Dismiss this Chapter 13 case voluntarily, pursuant to 11 U.S. C. 1307(a). In support thereof the Debtor, states by his attorney the following:

1. The Debtor, (hereinafter, "the Debtor"), filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on June 9, 2026.
2. The Debtor, intends to pursue alternative solutions to his financial issues outside of bankruptcy.

**WHEREFORE**, the Debtor, by his counsel herein respectfully requests that this Court voluntarily dismiss this Chapter 13 case pursuant to 11 U.S.C., 1307(a) and grant such other relief as is fair and equitable.

June 15, 2026

Russell G. Small, Esq.
For The Debtor
3715 Main St. Ste. 406
Bridgeport, CT 06606
(203) 396-0100

Lenny Alvarez

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------x

IN RE: LENNY ALVAREZ
DEBTOR

CHAPTER 13
CASE NO. 26-50421

-----------------------------------------------------x

**ORDER**

The Debtor, Lenny Alvarez, having requested by motion that this court dismiss this case;

And after due deliberation and proper notice having been found, it is hereby;

**ORDERED,** that Chapter 13, Case Number 26-50421 is hereby dismissed.